**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00821-CR

### TIMOTHY JAMES TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-80945-2012

## ORDER

The Court **REINSTATES** the appeal.

On January 15, 2015, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We received the clerk's record on January 16, 2015. On February 16, 2015, court reporter LaTresta Ginyard filed a request for an extension of time until March 13, 2015 to file the reporter's record. She did not, however, tender the reporter's record until March 26, 2015. Because the Court now has the record, we **VACATE** the January 15, 2015 order to the extent it requires findings.

Because Ms. Ginyard did not tender the reporter's record by March 13, 2015, we **DENY** her February 16, 2015 extension request. On the Court's own motion, we consider the reporter's record properly filed as of March 26, 2015.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to LaTresta Ginyard, court reporter, and to counsel for all parties.

/s/  ADA BROWN
     JUSTICE